[In Bank. — December 29, 1883.]

## F. M. PFISTER, PETITIONER, *v.* THE SUPERIOR COURT OF SANTA CLARA COUNTY.

DEPOSITION — SUBPŒNA — MOTION TO QUASH. — In a proceeding to take depositions on affidavit and notice, the subpœnas to the witnesses cannot be quashed by the court, although the affidavit may be insufficient.

CERTIORARI to review an order of the Superior Court of Santa Clara County.

The facts are stated in the opinion.

*J. J. Burt,* for Petitioner.

PER CURIAM.—This is a proceeding by a writ of review to review an order of the court below quashing subpœnas. An action was pending in said court, and upon affidavit and notice the plaintiff therein was proceeding to have the depositions of witnesses taken before a notary public, when, upon the motion of the defendant therein, the court made an order quashing the subpœnas, on the ground that the affidavit upon which they were issued was not sufficient. The subpœnas had been issued by the notary under subdivision 2, section 1986, of the Code of Civil Procedure.

Without determining whether or not the affidavit was sufficient, we find no provision in the Code authorizing the order to quash the subpœnas. The party desiring to do so has the right to take depositions, and the adverse party will have the right to object when the depositions shall be offered to be read, if the proceedings shall be found to be not in compliance with the statute.

Order annulled.